IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNL TECHNOLOGY DEVELOPMENT CORPORATION, and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) ) ) | 4:11CV3147 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| MIKE VOICHAHOSKE, VOICHAHOSKE BROS., and JOHN DOES 1-25, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Edward H. Tricker, Monica L. Freeman, and the law firm of Woods & Aitken LLP, counsel of record for defendants Mike Voichahoske and Voichahoske Bros., (filing no. 20), is granted.

2) Defendants Mike Voichahoske and Voichahoske Bros. are given until November 30, 2011 to either: (a) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement notifying the court of their intent to litigate this case without counsel. If Mike Voichahoske and/or Voichahoske Bros. fail to comply with this order, upon the plaintiffs' motion, the court may enter a default and/or default judgment against the non-complying defendant.

3) The clerk shall mail a copy of this memorandum and order to Mike Voichahoske and Voichahoske Bros. at:

> Mike Voichahoske
> Voichahoske Bros.
> 54278 S 330 Ave
> Fullerton, NE 68638-3362

October 31, 2011.                    BY THE COURT:

                                     *s/ Cheryl R. Zwart*
                                     United States Magistrate Judge